1
 2025 CO 32 Shaun Jeff Snow, Petitioner v. The People of the State of Colorado. Respondent No. 23SC775
Supreme Court of Colorado, En Banc
June 23, 2025
 
          
 Certiorari to the Colorado Court of Appeals Court of Appeals
 Case No. 21CA2074
 
 
 
          Petition
 for Rehearing DENIED.
 
 
          RULE
 CHANGES
 
 
          Rule
 Changes 2025(13) and (14) have been issued and are accessible
 here.
 
 
          RULE
 CHANGE 2025(14)
 
 
          RULES
 GOVERNING LAWYER DISCIPLINE AND DISABILITY PROCEEDINGS,
 PROTECTIVE APPOINTMENT OF COUNSEL, CONTINUING LEGAL AND
 JUDICIAL EDUCATION, ATTORNEYS' FUND FOR CLIENT
 PROTECTION, AND LAWYER ASSISTANCE PROGRAMS Rule 255
 
 
          Amended
 and Adopted by the Court, En Banc, June 18, 2025, effective
 September 1, 2025.
 
 
          RULE
 CHANGE 2025(13)
 
 
          COLORADO
 RULES OF EVIDENCE
 
 
          Rule
 804
 
 
          Amended
 and Adopted by the Court, En Banc, June 18, 2025, effective
 September 2, 2025.